156 A.3d 164

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER,
v. STEPHON G. WRIGHT, DEFENDANT–
RESPONDENT.

November 3, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004309–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

156 A.3d 164

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT v.
DONALD PETERSON, DEFENDANT–PETITIONER.

November 3, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000356–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.